AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jo Alloway, et al. ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| Bowlero Corp., ) | |
| AMF Bowling Centers, Inc. and ) | |
| Bowlmor AMF Corp. aka Bowlero Corp. ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dowe Partners LLC
42 Forest Lane
Bronxville, New York  10708

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Attachment to Summons in a Civil Action – Page 1                    Index No.

List of Plaintiffs

JO ALLOWAY
DON BALDWIN
RICK BEA
JOANNE BENGIVENO
LARRY BERNSTEIN
GLEN BERRY
STEVE BOGGIO
BART BONIOL
ANTHONY BOZZO
RANDY BUSTILLOS
TONY CAINS
MARY CHASE
SHONA CHOUDHURY
MICHAEL CLARK
STEFAN COX
FRED CRAMTON
ADAM CSERNAY
FRED DAHLKE
JAMES DEVITA
LYNN DUFFY
JOSEPH DZIEMIANUK
BOB EDWARDS
SARAH EVANS
SUZANNE FRAZIER
ROY FREER
MARK HATCHER
MICHAEL HOERNER
BILL HOGGATT
MICHAEL HORSELY
TYRONE JULIAN
JOSEPH KELLY
GLEN KIEFER
KRISTINA KITTIDUMRONGKOOL
KEITH KITTIDUMRONGKOOL
PAMELA KLOSIEWSKI
JEFF LERNER
PETER MacCRACKEN
PAT MARINO
MIGUEL MARTINEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Attachment to Summons in a Civil Action – Page 2                    Index No.

**List of Plaintiffs – (cont'd)**

BARBARA MCBRIDE
MARK MEINHOFER
BRADY NELSON
GREG NICHOLS
PAUL NILSEN
BARBARA NUSS
PETER ORTEGA
GARY PAONE
DEBORAH PARLETTE
MARK PETERS
JIM REED
DAVID REESE
MARGIE RENSTROM
SAMI RICE
KEVIN SASS
MATTHEW SCHNEIDER
TRACY SCHNEIDER
KATHY SEGERS
MICHAEL SERIGNANO
SABRA SHAFER
KELLY SHANNON-CARR
KEN SNYDER
STEVEN SYLVESTER
THERESA SYNOL
TOM TANASE
DON TUTTLE
RICH VALENTINE
RICHARD VAN GILDER
DAN VAN WART
DAVID VAN WYK
JANICE WAITE
ANDREW WEIMER
RENEE WEST
ROBERT WINKLER
JAMES WOODWARD
TERESA ZAWICKI-CHAPMAN