# quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7535**

WRITER'S EMAIL ADDRESS
hopeskibitsky@quinnemanuel.com

July 18, 2024

<u>VIA ECF</u>

The Hon. James M. Wicks
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Alloway, et al. v. Bowlero Corp. et al.*, Case No. 2:24-cv-04738-JMW
Intent to File Rule 12(b) Motion

Dear Judge Wicks:

On behalf of Defendants Bowlero Corp., AMF Bowling Centers, Inc., and Bowlmor AMF Corp. (collectively "Defendants") in the above-captioned Action, I write to inform the Court that Defendants intend to file Rule 12(b) motions to dismiss and respectfully request the assignment of a United States District Judge to the Action, pursuant to Administrative Order No. 2023-23.

Respectfully submitted,

*/s/ Hope D. Skibitsky*
Hope D. Skibitsky

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH