# Dowe Partners, LLC

<u>Senior Partner</u>:
Janet L. Dowe, Esq.
914-441-3591 – direct
jdowe@dowepartners.com

October 5, 2024

**<u>By ECF</u>**

The Honorable Joanne Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

Reference: **<u>Jo Alloway, et.al. v. Bowlero Corp, et.al., Case No. 2:24-cv-04738-JS-JMW</u>**

Dear Judge Seybert:

We represent the Plaintiffs in the above action and write in connection with Plaintiffs' Amended Complaint to be filed by October 4, 2024.

After some difficulty logging onto CM/ECF last evening, I was finally able to log on shortly before midnight to file the Amended Complaint and when uploading the documents my computer experienced a system error. Once it was corrected, I immediately filed the Amended Complaint (without exhibits) just a few minutes after midnight. This is not an CM/ECF issue, but involves my computer. In my haste to file at least the Amended Complaint as soon after midnight as possible, I apparently uploaded an earlier draft as the correct and final version had not saved properly due my computer problem.

Accordingly, I have uploaded the correct Amended Complaint along with all exhibits and respectfully request that it be accepted and the draft filed at 00:05 a.m. on October 5 be deleted from the docket.

I submit that the Defendants have not been prejudiced by the overnight delay and appreciate the Court's (and our adversary's) courtesy. I will provide the Court and Defendants with both a redline and clean courtesy copy of the Amended Complaint for ease of comparison purposes.

Respectfully submitted,

/s/ Janet L. Dowe

Janet L. Dowe