UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JO ALLOWAY, DON BALDWIN, RICK BEA, JOANNE BENGIVENO, LARRY BERNSTEIN, GLEN BERRY, STEVE BOGGIO, BART BONIOL, ANTHONY BOZZO, RANDY BUSTILLOS, TONY CAINS, MARY CHASE, SHONA CHOUDHURY, MICHAEL CLARK, STEFAN COX, FRED CRAMTON, ADAM CSERNAY, FRED DAHLKE, JAMES DEVITA, LYNN DUFFY, JOSEPH DZIEMIANUK, BOB EDWARDS, SARAH EVANS, SUZANNE FRAZIER, ROY FREER, MARK HATCHER, MICHAEL HOERNER, BILL HOGGATT, MICHAEL HORSELY, TYRONE JULIAN, JOSEPH KELLY, GLEN KIEFER, KRISTINA KITTIDUMRONGKOOL, KEITH KITTIDUMRONGKOOL, PAMELA KLOSIEWSKI, JEFF LERNER, PETER MACCRACKEN, PAT MARINO, MIGUEL MARTINEZ, BARBARA MCBRIDE, MARK MEINHOFER, BRADY NELSON, GREG NICHOLS, PAUL NILSEN, BARBARA NUSS, PETER ORTEGA, GARY PAONE, DEBORAH PARLETTE, MARK PETERS, JIM REED, DAVID REESE, MARGIE RENSTROM, SAMI RICE, KEVIN SASS, MATTHEW SCHNEIDER, TRACY SCHNEIDER, KATHY SEGERS, MICHAEL SERIGNANO, SABRA SHAFER, KELLY SHANNON-CARR, KEN SNYDER, STEVEN SYLVESTER, THERESA SYNOL, TOM TANASE, DON TUTTLE, RICH VALENTINE, RICHARD VAN GILDER, DAN VAN WART, DAVID VAN WYK, JANICE WAITE, ANDREW WEIMER, RENEE WEST, ROBERT WINKLER, JAMES WOODWARD, and TERESA ZAWICKI-CHAPMAN,<br><br>     Plaintiffs,<br>  v.<br><br><br>BOWLERO CORP., AMF BOWLING CENTERS, INC., and BOWLMOR AMF CORP. aka BOWLERO CORP.,<br><br>     Defendants. | Case No. 2:24-cv-04738<br><br><br><br><br>**NOTICE OF MOTION TO STAY DISCOVERY PURSUANT TO FEDERAL RULE OF <u>CIVIL PROCEDURE 26</u>** |

PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of Law In Support of Their Motion to Stay Discovery, the undersigned attorneys for Defendants move this Court, on such date and at such time to be determined, at the United States District Courthouse for the Eastern District of New York, 100 Federal Plaza, Courtroom 1020 Central Islip, New York 11722, for a Protective Order pursuant to Federal Rule of Civil Procedure 26(c) staying all discovery in this action, and for such other further relief as the Court deems just and proper.

DATED: September 20, 2024

Respectfully submitted,

**AMF BOWLING CENTERS, INC. and BOWLERO CORP.**

*/s/ Hope D. Skibitsky*
Alex Spiro (NY Bar No. 4656542)
Hope D. Skibitsky (NY Bar No. 5362124)
Daniel Sisgoreo (NY Bar No. 5812417)

QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
danielsisgoreo@quinnemanuel.com

*Counsel for Defendants Bowlero Corp., AMF Bowling Centers, Inc., and Bowlmor AMF Corp.*