UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JO ALLOWAY, DON BALDWIN, RICK BEA, JOANNE BENGIVENO, LARRY BERNSTEIN, GLEN BERRY, STEVE BOGGIO, BART BONIOL, ANTHONY BOZZO, RANDY BUSTILLOS, TONY CAINS, MARY CHASE, SHONA CHOUDHURY, MICHAEL CLARK, STEFAN COX, FRED CRAMTON, ADAM CSERNAY, FRED DAHLKE, JAMES DEVITA, LYNN DUFFY, JOSEPH DZIEMIANUK, BOB EDWARDS, SARAH EVANS, SUZANNE FRAZIER, ROY FREER, MARK HATCHER, MICHAEL HOERNER, BILL HOGGATT, MICHAEL HORSELY, TYRONE JULIAN, JOSEPH KELLY, GLEN KIEFER, KRISTINA KITTIDUMRONGKOOL, KEITH KITTIDUMRONGKOOL, PAMELA KLOSIEWSKI, JEFF LERNER, PETER MACCRACKEN, PAT MARINO, MIGUEL MARTINEZ, BARBARA MCBRIDE, MARK MEINHOFER, BRADY NELSON, GREG NICHOLS, PAUL NILSEN, BARBARA NUSS, PETER ORTEGA, GARY PAONE, DEBORAH PARLETTE, MARK PETERS, JIM REED, DAVID REESE, MARGIE RENSTROM, SAMI RICE, KEVIN SASS, MATTHEW SCHNEIDER, TRACY SCHNEIDER, KATHY SEGERS, MICHAEL SERIGNANO, SABRA SHAFER, KELLY SHANNON-CARR, KEN SNYDER, STEVEN SYLVESTER, THERESA SYNOL, TOM TANASE, DON TUTTLE, RICH VALENTINE, RICHARD VAN GILDER, DAN VAN WART, DAVID VAN WYK, JANICE WAITE, ANDREW WEIMER, RENEE WEST, ROBERT WINKLER, JAMES WOODWARD, and TERESA ZAWICKI-CHAPMAN,<br><br>     Plaintiffs,<br>  v.<br><br>BOWLERO CORP., AMF BOWLING CENTERS, INC., and BOWLMOR AMF CORP. aka BOWLERO CORP.,<br><br>     Defendants. | Case No. 2:24-cv-04738<br><br>**<u>NOTICE OF CHANGE<br>OF ADDRESS</u>** |

To All Counsel of Record and the Clerk of Court:

PLEASE TAKE NOTICE that the undersigned has a new address and demands that all papers in this matter be served at the address stated below.

| | |
|---|---|
| **Dated**: December 13, 2024 | Respectfully submitted, |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | */s/ Alex Spiro* |
| | Alex Spiro |
| | 295 Fifth Avenue |
| | New York, New York 10016 |
| | (212) 849-7000 |
| | alexspiro@quinnemanuel.com |
| | |
| | *Counsel for Defendants Bowlero Corp., AMF Bowling Centers, Inc., and Bowlmor AMF Corp.* |

To: Daniel W. Dowe
Janet Dowe
Dowe Partners LLC
42 Forest Lane
Bronxville, NY 10708
914-441-3591
ddowe@dowepartners.com
jdowe@dowepartners.com